MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
AILEEN COHEN, ESQ.
Nevada Bar No. 005263
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: acohen@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM LEON,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendant. | Case No.<br><br>**DEFENDANT BODEGA LATINA CORPORATION, dba EL SUPER'S NOTICE OF REMOVAL** |

To:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant, Bodega Latina Corporation, dba El Super, hereby notice the removal of this action to the United States District Court and, in support thereof, states as follows:

1. On or about April 14, 2017, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled *Miriam Leon v. Bodega Latina Corporation, dba El Super*, Case No. A-17-753989-C. A copy is attached as Exhibit i. In the Complaint at ¶1, Plaintiff alleges that Plaintiff is a resident of Clark County, Nevada.

2. Service of Summons and Complaint upon Defendant Bodega Latina Corporation, dba El Super was made by personal service on April 20, 2017. A copy is attached as Exhibit ii.

3. No further proceedings have been had in this matter in the Eighth Judicial District Court, Clark County, Nevada.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff alleges in her Complaint that she was and is, at all times relevant therein, a resident of Clark County, Nevada.

6. Defendant Bodega Latina Corporation is a Delaware Corporation headquartered in Paramount, California.

7. DOES I-V and ROE CORPORATIONS I-V are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

8. There is now complete diversity between Plaintiff and Defendant Bodega Latina Corporation.

9. The Complaint alleges claims for Negligence.

10. In her Complaint, Plaintiff prays for recovery of general damages in excess of $15,000.00, medical and incidental expenses already incurred and to be incurred, attorney's fees and costs, and for such other and further relief as the Court

1 deems just and proper.

2     11.   More than 30 days have not passed since notice of lawsuit was served. However, prior to litigation, Plaintiff did not make Defendant aware of the value of the Plaintiff's claim. May 5, 2017 our office called Plaintiff's counsel and learned of Plaintiff's medical damages are $27,856.84, not including that Plaintiff had to repair a tear in her shoulder with Dr. William Muir. Defendant does not have amount of the surgery. Neither Plaintiff nor her attorney presented a pre-litigation demand.

    12.   A true and correct copy of this Notice of Removal is being filed on this date with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

Based on the foregoing, Defendant Bodega Latina Corporation, hereby removes the above-referenced action now pending in the Eighth Judicial District Court, in and for the County of Clark, as Case No. A-17-753989-C to this Court.

DATED this 8th day of May 2017.

BAUMAN LOEWE WITT & MAXWELL

_(signature)_

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
AILEEN E. COHEN, ESQ.
Nevada Bar No. 005263
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267

Attorney for Defendant,
Bodega Latina Corporation,
dba El Super

---

[i] Plaintiff's Complaint
[ii] Summons and Affidavit of Service