# Exhibit "i"

Exhibit "i"

Electronically Filed
04/14/2017 09:42:54 AM

CLERK OF THE COURT

**COMP**
KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No.: 13348
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
E-Mail: khelmick@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

MIRIAM LEON,

Plaintiff,

vs.

BODEGA LATINA CORPORATION, d/b/a EL SUPER, a Foreign Corporation; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,

Defendants,

CASE NO.: A-17-753989-C
DEPT. NO.: XXVI

**COMPLAINT**

COMES NOW, Plaintiff MIRIAM LEON, by and through her Attorney, KRISTOPHER M. HELMICK, ESQ., of the RICHARD HARRIS LAW FIRM, and for her causes of action against Defendants, and each of them, complains and alleges as follows:

**JURISDICTION AND PARTIES**

1. That Plaintiff MIRIAM LEON (hereinafter "Plaintiff") is, and at all times mentioned herein was, a resident of the County of Clark, State of Nevada.

2. That according to information and belief, and at all times relevant herein,

RICHARD HARRIS LAW FIRM

Defendant BODEGA LATINA CORPORATION, d/b/a EL SUPER is, and was, a Foreign Corporation, licensed to do business in Clark County, Nevada.

3. All the facts and circumstances that gave rise to the subject lawsuit occurred in Clark County, Nevada.

4. That Defendant DOES 1-5 and ROE BUSINESS ENTITIES 1-5 are other owners of the property known as El Super (hereinafter "the Property").

5. That Defendant DOES 6-10 and ROE BUSINESS ENTITIES 6-10 are the managers of the Property.

6. That Defendants DOES 11-15 and ROE BUSINESS ENTITIES 11-15 are the maintenance providers for the Property.

7. That the true names and capacities of the Defendants designated herein as Doe or Roe Business entities are presently unknown to Plaintiff at this time, including owners associations presently unknown and the distributor of the Products at issue in this Complaint. Therefore, Plaintiff sues said Defendants by fictitious names. When the true names and capacities of these defendants are ascertained, Plaintiff will amend this Complaint accordingly.

8. That at all times pertinent, Defendants were agents, servants, employees or joint venturers of every other Defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

**FACTS COMMON TO ALL CAUSES OF ACTION**

9. On or about October 5, 2016, in Clark County, Nevada, Plaintiff was an invitee on the Property.

RICHARD HARRIS LAW FIRM

10. That on or about October 5, 2016, Plaintiff was injured when slipped and fell due to a slippery substance being on the floor which created an unsafe and dangerous condition on the Property (hereinafter referred to as the "dangerous condition").

11. Upon information and belief, the dangerous condition was caused as a direct result of the Defendants' failure to design, construct, control, supervise, repair, and/or maintain the Property in a reasonable and safe manner.

12. Defendants maintained and were in control of the Property.

13. Defendants knew, or reasonably should have known, that the dangerous condition existed on or about the Property.

14. Defendants failed to place signs, caution, warn, or otherwise make safe, the dangerous condition existing on or about the Property. Accordingly, Defendants negligently, carelessly, and recklessly maintained and allowed the dangerous condition to exist.

15. Defendants should have warned or otherwise made safe the dangerous condition because that condition was non-obvious to Plaintiff.

**FIRST CLAIM FOR RELIEF (NEGLIGENCE)**

16. Plaintiff incorporates paragraphs 1 through 15 of the Complaint as if those paragraphs were fully incorporated and set forth herein.

17. Defendants owed Plaintiff a duty of care to warn Plaintiff of the non-obvious and dangerous condition.

18. Defendants breached this duty of care by failing to place caution signs, or otherwise failing to warn Plaintiff of the dangerous, non-obvious condition.

///

RICHARD HARRIS LAW FIRM

19. Defendants' negligence directly and proximately caused Plaintiff serious injury.

20. As a direct and proximate result of Defendants' negligence, Plaintiff received medical and other treatments for injuries sustained to body, limbs, organs and nervous systems, all or some of which conditions may be permanent and disabling and, all to Plaintiff's damage in a sum in excess of $15,000.00. That said services, care, and treatment are continuing and shall continue in the future.

21. As a direct and proximate result of Defendants' negligence, Plaintiff has been required to and has limited certain occupational and recreational activities, which have caused, and shall continue.

22. As a direct and proximate result of Defendants' negligence, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, expressly reserving the right to amend this Complaint prior to or at the time of trial of this action to insert those items of damage not yet fully ascertainable, prays judgment against the Defendants, and each of them, as follows:

1. General damages sustained by Plaintiff in an amount in excess of $15,000.00;
2. Special damages to be determined at the time of trial;
3. Medical and incidental expenses already incurred and to be incurred;
4. Reasonable attorney's fees and costs of suit;

///

///

///

RICHARD HARRIS LAW FIRM

5. Interest at the statutory rate; and

6. For such other relief as the Court deems just and proper.

7.

Dated this 14th day of April, 2017.

**RICHARD HARRIS LAW FIRM**

KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

RICHARD HARRIS LAW FIRM

# DISTRICT COURT CIVIL COVER SHEET

A-17-753989-C

County, Nevada XXVI

Case No.

(Assigned by Clerk's Office)

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Miriam Leon | Bodega Latina Corporation |
| | d/b/a El Super |
| Attorney (name/address/phone): | Attorney (name/address/phone): |
| Kristopher M. Helmick, Esq. | |
| Richard Harris Law Firm | |
| 801 South 4th Street | |
| Las Vegas, NV 89101 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

**Real Property**

**Landlord/Tenant**
- ☐ Unlawful Detainer
- ☐ Other Landlord/Tenant

**Title to Property**
- ☐ Judicial Foreclosure
- ☐ Other Title to Property

**Other Real Property**
- ☐ Condemnation/Eminent Domain
- ☐ Other Real Property

**Torts**

**Negligence**
- ☐ Auto
- ☒ Premises Liability
- ☐ Other Negligence

**Malpractice**
- ☐ Medical/Dental
- ☐ Legal
- ☐ Accounting
- ☐ Other Malpractice

**Other Torts**
- ☐ Product Liability
- ☐ Intentional Misconduct
- ☐ Employment Tort
- ☐ Insurance Tort
- ☐ Other Tort

**Probate**

**Probate** *(select case type and estate value)*
- ☐ Summary Administration
- ☐ General Administration
- ☐ Special Administration
- ☐ Set Aside
- ☐ Trust/Conservatorship
- ☐ Other Probate

**Estate Value**
- ☐ Over $200,000
- ☐ Between $100,000 and $200,000
- ☐ Under $100,000 or Unknown
- ☐ Under $2,500

**Construction Defect & Contract**

**Construction Defect**
- ☐ Chapter 40
- ☐ Other Construction Defect

**Contract Case**
- ☐ Uniform Commercial Code
- ☐ Building and Construction
- ☐ Insurance Carrier
- ☐ Commercial Instrument
- ☐ Collection of Accounts
- ☐ Employment Contract
- ☐ Other Contract

**Judicial Review/Appeal**

**Judicial Review**
- ☐ Foreclosure Mediation Case
- ☐ Petition to Seal Records
- ☐ Mental Competency

**Nevada State Agency Appeal**
- ☐ Department of Motor Vehicle
- ☐ Worker's Compensation
- ☐ Other Nevada State Agency

**Appeal Other**
- ☐ Appeal from Lower Court
- ☐ Other Judicial Review/Appeal

**Civil Writ**

**Civil Writ**
- ☐ Writ of Habeas Corpus
- ☐ Writ of Mandamus
- ☐ Writ of Quo Warrant
- ☐ Writ of Prohibition
- ☐ Other Civil Writ

**Other Civil Filing**

**Other Civil Filing**
- ☐ Compromise of Minor's Claim
- ☐ Foreign Judgment
- ☐ Other Civil Matters

***Business Court filings should be filed using the Business Court civil coversheet.***

4/14/17
Date

[signature]
Signature of initiating party or representative

*See other side for family-related case filings.*