MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Voice:  702-240-6060
Fax:  702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM LEON,<br><br>    Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION,<br>d/b/a EL SUPER, a Foreign Corporation;<br>DOES 1 through 20; ROE BUSINESS<br>ENTITIES 1 through 20, inclusive jointly<br>and severally,<br><br>    Defendant. | Case No.  2:17-cv-1283-RFB-GWF |

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties, by and through their respective

1 | counsel of record, that the above-entitled action shall be dismissed, with prejudice, each
2 | party to bear its own attorneys' fees and costs;

Dated this 6th day of February 2019.  |  Dated this 6th day of February 2019.

RICHARD HARRIS LAW FIRM  |  BAUMAN LOEWE WITT & MAXWELL

/s/ Kristopher M. Helmick  |  /s/ Michael C. Mills

KRISTOPHER M. HELMICK, ESQ.  |  MICHAEL C. MILLS, ESQ.
Nevada Bar No. 013348  |  Nevada Bar No. 003534
801 South Fourth Street  |  3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89101  |  Las Vegas, NV 89130
Phone: 702-444-4444  |  Phone: 702-240-6060
Fax: 702-444-4455  |  Fax: 702-240-4267
Attorneys for Plaintiff,  |  Counsel for Defendant,
Miriam Leon  |  Bodega Latina Corporation

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: _____

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
- PAGE 2 OF 2 -

3237929v1