MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Voice:  702-240-6060
Fax:  702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIRIAM LEON,<br><br>        Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION,<br>d/b/a EL SUPER, a Foreign Corporation;<br>DOES 1 through 20; ROE BUSINESS<br>ENTITIES 1 through 20, inclusive jointly<br>and severally,<br><br>        Defendant. | Case No.  2:17-cv-1283-RFB-GWF |

### STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

| | |
|---|---|
| Dated this 6th day of February 2019. | Dated this 6th day of February 2019. |
| RICHARD HARRIS LAW FIRM | BAUMAN LOEWE WITT & MAXWELL |
| /s/ Kristopher M. Helmick | /s/ Michael C. Mills |
| KRISTOPHER M. HELMICK, ESQ.<br>Nevada Bar No. 013348<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>Phone: 702-444-4444<br>Fax: 702-444-4455<br>Attorneys for Plaintiff,<br>Miriam Leon | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Counsel for Defendant,<br>Bodega Latina Corporation |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of February, 2019.